# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640)  HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Oil and Gas Revenue | Unknown | 122,799.48 | | 122,799.48 | FA |
| 2 | Refund (u) | 0.00 | 593.47 | | 593.47 | FA |
| 3 | Escrow Funds  SEE ASSET 130 | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 4 | Capital Credits | Unknown | 0.00 | | 25.00 | FA |
| 5 | Royalty Dividends-Taylor Electric Cooperative In | Unknown | 25.00 | | 25.00 | FA |
| 6 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOID - FIRST UNITED BANK  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID - TRANSOIL SUSPENSE  VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOID - SECURITY DEPOSITS  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID - ACCOUNTS RECEIVABLE  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 11 | VOID - MUTUAL FUNDS  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID - INVENTORY AND EQUIPMENT  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID - OFFICE FURNITURE & EQUIP  VOID ASSET - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-10189 RLJ | Trustee: | (631640) | HARVEY L. MORTON |
|---|---|---|---|---|
| Case Name: | TNC ENERGY, LLC | Filed (f) or Converted (c): | 09/22/15 (f) | |
| | | §341(a) Meeting Date: | 06/10/16 | |
| Period Ending: | 07/12/20 | Claims Bar Date: | 11/14/16 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 14 | VOID - AUTOMOBILES/TRUCKS; MACHINERY/EQUIP<br>VOID - DUPLIATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 15 | VOID 524 HWY 528 PRINCETON LA (MOBILE HOME)<br>VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID - CREW TRAILER<br>VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 17 | VOID - SHOP/OFFICE BLDG<br>VOID DUPLICATE ETNRY | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID - 1179 WHY 528 PRINCETON LA (OFFICE BLDG)<br>VOID DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID - SANFORD OIL & GAS LEASE<br>VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID - CROSS OIL & GAS LEASE<br>VOID - DUPLICATE ENTRY | Unknown | 0.00 | | 0.00 | FA |
| 21 | VOID - KNOTT OIL & GAS LEASE | Unknown | 0.00 | | 0.00 | FA |
| 22 | VOID - WHITEAKER OIL & GAS LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 23 | VOID - LAND & TIMBER LLC OIL & GAS LEASE | Unknown | 0.00 | | 0.00 | FA |
| 24 | VOID - LAND & TIMBER LLC OIL & GAS LEASE | Unknown | 0.00 | | 0.00 | FA |
| 25 | VOID = LAND & TIMBER OIL & GAS LEASE | Unknown | 0.00 | | 0.00 | FA |
| 26 | 524 Hwy 528, Unit C, Princeton, LA 71067 Mobile<br>SEE ASSET 130 | 36,009.00 | 36,009.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 532 Hwy 528, Princeton, LA 71067 Crew Trailer, B SEE ASSET 130 | 44,666.00 | 44,666.00 | | 0.00 | FA |
| 28 | 524 Hwy 528, Unit D, Princeton, LA 71067 Shop - SEE ASSET 130 | 77,424.00 | 77,424.00 | | 0.00 | FA |
| 29 | 1179 Hwy 528, Princeton, LA 71067 Office Bldg, B SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 30 | Bernice Jeanne Standard 2094 FM 613, Tuscola, TX SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 31 | Robert D. Cross 1625 Lemons Gap Road, Ovalo, TX SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 32 | Robert D. Knott and Mickey Knott P.O. Box 369, T SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 33 | Shirley Whiteaker 990 CR 152, Abilene, TX 79601 SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 34 | Ward Land & Timber, LLC 4808 Woodberry Lane, Ben SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 35 | Ward Land & Timber, LLC 4808 Woodberry Lane, Ben SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Ward Land & Timber, LLC 4808 Woodberry Lane, Ben SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 37 | Elston Lease Bellevue Oil Field Hwy 528, Princet SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20  

**Trustee:** (631640)    HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 38 | Lodwick Lease Bellevue Oil Field Hwy 528, Prince<br>SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 39 | Anton Kubacak P.O. Box 67, Tuscola, TX 79562 Oil<br>SEE ASSET 130 | Unknown | 0.00 | | 0.00 | FA |
| 40 | 2011 Frac Tank, VIN C9FR47151C4158266. Valuation<br>Imported from original petition Doc# 110 | 8,475.00 | 8,475.00 | | 0.00 | FA |
| 41 | 1995 GMC, VIN 1GDL7H1J6J503488. Valuation Method<br>Imported from original petition Doc# 110 | 29,460.00 | 29,460.00 | | 0.00 | FA |
| 42 | 1999 Vac-Tron Trailer, VIN 43ZDJ22F8X0006018. Va<br>Imported from original petition Doc# 110 | 7,122.00 | 7,122.00 | | 0.00 | FA |
| 43 | 2013 Polaris, VIN 4XATH90D3D2296839. Valuation M<br>Imported from original petition Doc# 110 | 7,735.00 | 7,735.00 | | 0.00 | FA |
| 44 | 2013 Toyota Tundra, VIN 5TFUW5F19DX277403. Valua<br>Imported from original petition Doc# 110 | 5,297.00 | 5,297.00 | | 0.00 | FA |
| 45 | 2005 Ford F350, VIN 1FDWF37P95EC77698. Valuation<br>Imported from original petition Doc# 110 | 7,140.00 | 7,140.00 | | 0.00 | FA |
| 46 | 2011 Frac Tank, VIN 4C9FR47131C158268. Valuation<br>Imported from original petition Doc# 110 | 13,491.00 | 13,491.00 | | 0.00 | FA |
| 47 | 1979 Winch Truck, VIN F60CVDJ1623. Valuation Met<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |
| 48 | 1982 GMC VAC-Truck, VIN 1GDL7D1F7BV587219.<br>Valua<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  
**Period Ending:** 07/12/20

**Trustee:** (631640)   HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 49 | 2007 Red Chevy Truck, VIN 2GCEC13ZX71148703. Val<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |
| 50 | 2006 Beige Chevy Truck, VIN 2GCEC13T461178824. V<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |
| 51 | 1983 GMC 7000, VIN 1GD57D4E6EV505743. Valuation<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |
| 52 | 1983 Cooper 26-6 SD Pulling Unit #2461. Valuatio<br>Imported from original petition Doc# 110 | Unknown | 0.00 | | 0.00 | FA |
| 53 | 1984 Case Backhoe, Model 580D, Serial No. 590572<br>Imported from original petition Doc# 110 | 40,882.00 | 40,882.00 | | 0.00 | FA |
| 54 | 1990 Dump Truck, 5 Ton Engine #2900856. Valuatio<br>Imported from original petition Doc# 110 | 11,539.00 | 11,539.00 | | 0.00 | FA |
| 55 | Dump Truck, 5 Ton Engine #2900857. Valuation Met<br>Imported from original petition Doc# 110 | 11,539.00 | 11,539.00 | | 0.00 | FA |
| 56 | 2003 Ford F150. Valuation Method: Net book less<br>Imported from original petition Doc# 110 | 3,400.00 | 3,400.00 | | 0.00 | FA |
| 57 | Checking account Account at First National Bank,<br>  Orig. Asset Memo: Original petition value: -3696.30;<br>Imported from original petition Doc# 110 | 0.00 | 0.00 | | 0.00 | FA |
| 58 | Checking account Account at First United Bank, x<br>Imported from original petition Doc# 110 | 7,593.07 | 7,593.07 | | 0.00 | FA |
| 59 | Trans Oil Suspense | 38,540.45 | 38,540.45 | | 0.00 | FA |

# Form 1

Page: 6

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640)   HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 110 | | | | | |
| 60 | Treaty Energy Corporation - 8,160,026 Shares, Va<br>Imported from original petition Doc# 110 | 816.00 | 816.00 | | 0.00 | FA |
| 61 | Swepco (AEP) Electric Co.<br>Imported from original petition Doc# 110 | 27,060.95 | 27,060.95 | | 0.00 | FA |
| 62 | Village Water<br>Imported from original petition Doc# 110 | 107.50 | 107.50 | | 57.24 | FA |
| 63 | Prepaid Insurance - IPFS Corporation<br>Imported from original petition Doc# 110 | 12,027.47 | 12,027.47 | | 0.00 | FA |
| 64 | Prepaid Legal - McAFEE & TAFT<br>Imported from original petition Doc# 110 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 65 | Ward Land & Timber, LLC<br>Imported from original petition Doc# 110 | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 66 | VC Energy<br>Imported from original petition Doc# 110 | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 67 | Shirley Whiteaker<br>Imported from original petition Doc# 110 | 11,769.00 | 11,769.00 | | 0.00 | FA |
| 68 | A/R 90 days old or less. Face amount = $0. Doubt<br>Imported from original petition Doc# 110 | 0.00 | 0.00 | | 0.00 | FA |
| 69 | A/R Over 90 days old. Face amount = $587769.04.D<br>Imported from original petition Doc# 110 | 0.00 | 0.00 | | 0.00 | FA |
| 70 | Office Furniture. Valuation Method: Net book les | 3,072.00 | 3,072.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 15-10189 RLJ | **Trustee:** | (631640) HARVEY L. MORTON |
| --- | --- | --- | --- |
| **Case Name:** | TNC ENERGY, LLC | **Filed (f) or Converted (c):** | 09/22/15 (f) |
| | | **§341(a) Meeting Date:** | 06/10/16 |
| **Period Ending:** | 07/12/20 | **Claims Bar Date:** | 11/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from original petition Doc# 110 | | | | | |
| 71 Computer Serial #JWLGKX1. Valuation Method: Net Imported from original petition Doc# 110 | 343.00 | 343.00 | | 0.00 | FA |
| 72 HP Pro Printer. Valuation Method: Net book less Imported from original petition Doc# 110 | 637.00 | 637.00 | | 0.00 | FA |
| 73 Dell Computer. Valuation Method: Net book less d Imported from original petition Doc# 110 | 1,562.00 | 1,562.00 | | 0.00 | FA |
| 74 Raw Materials: New Casing - 140 jts 51/2 (2014), Imported from original petition Doc# 110 | 44,678.10 | 44,678.10 | | 0.00 | FA |
| 75 Raw Materials: New Casing - 2 jts 10 3/4 (2013), Imported from original petition Doc# 110 | 48.69 | 48.69 | | 0.00 | FA |
| 76 Other inventory or supplies: Shop - Small equipm Imported from original petition Doc# 110 | 0.00 | 0.00 | | 0.00 | FA |
| 77 Pressure Washer. Valuation Method: Net book less Imported from original petition Doc# 110 | 1,560.00 | 1,560.00 | | 0.00 | FA |
| 78 Magnum Trsf. Pump B Mid State. Valuation Method: Imported from original petition Doc# 110 | 6,845.00 | 6,845.00 | | 0.00 | FA |
| 79 5000 Watt B&S Generator. Valuation Method: Net b Imported from original petition Doc# 110 | 513.00 | 513.00 | | 0.00 | FA |
| 80 Air Compressor 2HP. Valuation Method: Net book l Imported from original petition Doc# 110 | 389.00 | 389.00 | | 0.00 | FA |
| 81 CubCadet Cultivator. Valuation Method: Net book | 257.00 | 257.00 | | 0.00 | FA |

# Form 1

Page: 8

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640)   HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 110 |  |  |  |  |  |
| 82 | Fuel Caddy. Valuation Method: Net book less depr<br>Imported from original petition Doc# 110 | 1,797.00 | 1,797.00 |  | 0.00 | FA |
| 83 | Ice Machine. Valuation Method: Net book less dep<br>Imported from original petition Doc# 110 | 3,063.00 | 3,063.00 |  | 0.00 | FA |
| 84 | Magnum Trsf. Pump A Mid State. Valuation Method:<br>Imported from original petition Doc# 110 | 6,845.00 | 6,845.00 |  | 0.00 | FA |
| 85 | Red Lion Cast Iron Pump. Valuation Method: Net b<br>Imported from original petition Doc# 110 | 504.00 | 504.00 |  | 0.00 | FA |
| 86 | Red Lion Pump. Valuation Method: Net book less d<br>Imported from original petition Doc# 110 | 864.00 | 864.00 |  | 0.00 | FA |
| 87 | TP001 Transfer Pump Network Intl. Valuation Meth<br>Imported from original petition Doc# 110 | 9,347.00 | 9,347.00 |  | 0.00 | FA |
| 88 | TP002 Transfer Pump Network Intl. Valuation Meth<br>Imported from original petition Doc# 110 | 9,347.00 | 9,347.00 |  | 0.00 | FA |
| 89 | Trash Pump. Valuation Method: Net book less depr<br>Imported from original petition Doc# 110 | 377.00 | 377.00 |  | 0.00 | FA |
| 90 | 7295 Transfer Pump Mid State. Valuation Method:<br>Imported from original petition Doc# 110 | 5,403.00 | 5,403.00 |  | 0.00 | FA |
| 91 | Cat IT28. Valuation Method: Net book less deprec<br>Imported from original petition Doc# 110 | 31,083.00 | 31,083.00 |  | 0.00 | FA |
| 92 | Dozer. Valuation Method: Net book less depreciat | 26,145.00 | 26,145.00 |  | 0.00 | FA |

Page: 9

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640)    HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 110 |  |  |  |  |  |
| 93 | Brush Hog. Valuation Method: Net book less depre<br>Imported from original petition Doc# 110 | 1,965.00 | 1,965.00 |  | 0.00 | FA |
| 94 | Case Wheeled Loader. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 18,972.00 | 18,972.00 |  | 0.00 | FA |
| 95 | John Deere Tractor. Valuation Method: Net book l<br>Imported from original petition Doc# 110 | 7,862.00 | 7,862.00 |  | 0.00 | FA |
| 96 | Land Levelor. Valuation Method: Net book less de<br>Imported from original petition Doc# 110 | 1,965.00 | 1,965.00 |  | 0.00 | FA |
| 97 | Echo Power Auger. Valuation Method: Net book les<br>Imported from original petition Doc# 110 | 759.00 | 759.00 |  | 0.00 | FA |
| 98 | Balzer Tank. Valuation Method: Net book less dep<br>Imported from original petition Doc# 110 | 3,092.00 | 3,092.00 |  | 0.00 | FA |
| 99 | John Deere 1445 Lawn Mower. Valuation Method: Ne<br>Imported from original petition Doc# 110 | 8,544.00 | 8,544.00 |  | 0.00 | FA |
| 100 | Other Equipment. Valuation Method: Net book less<br>Imported from original petition Doc# 110 | 9,802.00 | 9,802.00 |  | 0.00 | FA |
| 101 | Transfer Pump TDC. Valuation Method: Net book le<br>Imported from original petition Doc# 110 | 2,988.00 | 2,988.00 |  | 0.00 | FA |
| 102 | Transfer Pump. Valuation Method: Net book less d<br>Imported from original petition Doc# 110 | 6,437.00 | 6,437.00 |  | 0.00 | FA |
| 103 | Crew Trailer Fixtures - Furniture. Valuation Met | 6,813.00 | 6,813.00 |  | 0.00 | FA |

Page: 10

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  
**Period Ending:** 07/12/20

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 110 | | | | | |
| 104 | Pumping Units. Valuation Method: Net book less d<br>Imported from original petition Doc# 110 | 479,039.00 | 479,039.00 | | 0.00 | FA |
| 105 | Concrete Mixing Plant. Valuation Method: Net boo<br>Imported from original petition Doc# 110 | 9,296.00 | 9,296.00 | | 0.00 | FA |
| 106 | Casing. Valuation Method: Net book less deprecia<br>Imported from original petition Doc# 110 | 374,926.00 | 374,926.00 | | 0.00 | FA |
| 107 | Electrical System. Valuation Method: Net book le<br>Imported from original petition Doc# 110 | 123,510.00 | 123,510.00 | | 0.00 | FA |
| 108 | Float Shoe/Plug. Valuation Method: Net book less<br>Imported from original petition Doc# 110 | 8,115.00 | 8,115.00 | | 0.00 | FA |
| 109 | Pumps Cable. Valuation Method: Net book less dep<br>Imported from original petition Doc# 110 | 62,762.00 | 62,762.00 | | 0.00 | FA |
| 110 | Well Heads. Valuation Method: Net book less depr<br>Imported from original petition Doc# 110 | 12,968.00 | 12,968.00 | | 0.00 | FA |
| 111 | Electric Motors. Valuation Method: Net book less<br>Imported from original petition Doc# 110 | 13,180.00 | 13,180.00 | | 0.00 | FA |
| 112 | Packers. Valuation Method: Net book less depreci<br>Imported from original petition Doc# 110 | 8,833.00 | 8,833.00 | | 0.00 | FA |
| 113 | Conduction/MSC HLS. Valuation Method: Net book l<br>Imported from original petition Doc# 110 | 32,575.00 | 32,575.00 | | 0.00 | FA |
| 114 | Lark Battery. Valuation Method: Net book less de | 231,436.00 | 231,436.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  
**Period Ending:** 07/12/20  

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 110 | | | | | |
| 115 | 100 Series Wells TDC. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 89,903.00 | 89,903.00 | | 0.00 | FA |
| 116 | 200 Series Wells TDC. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 180,362.00 | 180,362.00 | | 0.00 | FA |
| 117 | 300 Series Wells TDC. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 189,638.00 | 189,638.00 | | 0.00 | FA |
| 118 | 400 Series Wells TDC. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 168,048.00 | 168,048.00 | | 0.00 | FA |
| 119 | Cross #1 TDC 2014. Valuation Method: Net book le<br>Imported from original petition Doc# 110 | 174,243.00 | 174,243.00 | | 0.00 | FA |
| 120 | Cross #2 TDC 2014. Valuation Method: Net book le<br>Imported from original petition Doc# 110 | 171,930.00 | 171,930.00 | | 0.00 | FA |
| 121 | Knott TDC 2014. Valuation Method: Net book less<br>Imported from original petition Doc# 110 | 196,464.00 | 196,464.00 | | 0.00 | FA |
| 122 | Mitchell #3 TDC 2014. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 4,806.00 | 4,806.00 | | 0.00 | FA |
| 123 | Mitchell #4 TDC 2014. Valuation Method: Net book<br>Imported from original petition Doc# 110 | 4,483.00 | 4,483.00 | | 0.00 | FA |
| 124 | Jeanne #1 TDC 2014. Valuation Method: Net book l<br>Imported from original petition Doc# 110 | 28,388.00 | 28,388.00 | | 0.00 | FA |
| 125 | Jeanne #2 TDC 2014. Valuation Method: Net book l | 3,399.00 | 3,399.00 | | 0.00 | FA |

Page: 12

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  

**Period Ending:** 07/12/20

**Trustee:** (631640)   HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 110 | | | | | |
| 126 | Whiteaker #1 TDC 2014. Valuation Method: Net boo<br>Imported from original petition Doc# 110 | 10,422.00 | 10,422.00 | | 0.00 | FA |
| 127 | Whiteaker #2 TDC 2014. Valuation Method: Net boo<br>Imported from original petition Doc# 110 | 170,049.00 | 170,049.00 | | 0.00 | FA |
| 128 | Whiteaker #3 TDC 2014. Valuation Method: Net boo<br>Imported from original petition Doc# 110 | 8,160.00 | 8,160.00 | | 0.00 | FA |
| 129 | Whiteaker #4 TDC 2014. Valuation Method: Net boo<br>Imported from original petition Doc# 110 | 178,539.00 | 178,539.00 | | 0.00 | FA |
| 130 | sale proceeds - multiple assets | 0.00 | 80,000.00 | | 80,000.00 | FA |
| **130** | **Assets**   Totals (Excluding unknown values) | **$3,674,446.23** | **$3,885,864.18** | | **$211,500.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/28/2016 - SALE OF ASSETS

04/07/2017 - In line for preparation of final report

10/16/17 - TNC tax return completed up to date of filing for bankruptcy relief (04/08/2016; and have requested update on trust return for the bankruptcy estate from 4/8/2016 thru the end of the year from accountant . Awaiting clearance.

05/10/2018 - Assets liquidated. Pending closing reports.

12/10/2018 - All assets liquidated. Closing reports pending.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10189 RLJ  
**Case Name:** TNC ENERGY, LLC  
**Period Ending:** 07/12/20

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 09/22/15 (f)  
**§341(a) Meeting Date:** 06/10/16  
**Claims Bar Date:** 11/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

07/08/19 - CASE IS IN LINE FOR PREPARATION OF TFR.

01/15/2020 - PREPARATION OF FINAL REPORT IN PROGRESS.

7/12/2020 - preparation of tfr in progress. reviewing and proofing entry of 160+ claims.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  
**Current Projected Date Of Final Report (TFR):** August 15, 2020